JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PINNACLE ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINKZ INTERNET SERVICES, a foreign entity,<br><br>Defendant. | CASE NO.:   2:07-cv-01402-LDG-LRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pinnacle Entertainment, Inc. ("Pinnacle"), by and through its undersigned attorneys of record, hereby voluntarily dismisses its action against Defendant Linkz Internet Services ("LIS"), without prejudice, in the above-captioned matter. To date, LIS has not filed an answer or motion for summary judgment, or otherwise appeared in this action.

Pinnacle has not previously dismissed any action against LIS in any court of the United States or in any state, which was based on or included the claims made against LIS in the instant action.

///
///
///
///
///

- 1 -

04220-47/214944

1  This Notice of Dismissal is submitted in accordance with a Settlement Agreement
2  executed by and between Pinnacle and LIS.

3  DATED this **26** day of November, 2007.

                              **SANTORO, DRIGGS, WALCH,**
                              **KEARNEY, HOLLEY & THOMPSON**

                              JAMES D. BOYLE, ESQ.
                              Nevada Bar No. 08384
                              400 South Fourth Street, Third Floor
                              Las Vegas, Nevada 89101

                              *Attorneys for Plaintiff*

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

- 2 -

04220-47/214944